In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-413 CR


NO. 09-05-414 CR


NO. 09-05-415 CR


NO. 09-05-416 CR


____________________



STANESHA LYNDETT GILLIAM, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 90505, 90570, 90712 and 92310






MEMORANDUM OPINION


 Stanesha Lyndett Gilliam was convicted of the offense of credit card abuse in Cause
Nos. 90505, 90570 and 90712, and was convicted of felony theft in Cause No. 92310. 
Gilliam filed notices of appeal on September 9, 2005. In each case, the trial court entered
a certification of the defendant's right to appeal in which the court certified that this is a
plea-bargain case, and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certifications have been provided to the Court of Appeals by
the district clerk.

 On September 16, 2005, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notices and
made a part of the appellate records. See Tex. R. App. P. 37.1. The records have not
been supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered November 16, 2005

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.